UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KYLE A. CAVALIERE and HEATHER M. WINEGEART,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No: 2:19-cv-166-FtM-38UAM

GENERAL MOTORS, LLC,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiffs' Motion for Permission for Electronic Case Filing. Doc. 3. Plaintiffs, proceeding *pro se*, request permission to participate in electronic case filing and state that they agree to abide by the requirements and have regular access to the internet and a computer. *Id.* The Middle District of Florida's preferred policy is to disallow *pro se* litigants from participating in electronic case filing unless "extenuating circumstances" exist. *See Fischer v. District School Bd. of Collier County*, No. 2:10-cv-512-FtM-29SPC, 2010 WL 3522215, at *1 (M.D. Fla. Sept. 7, 2010). The undersigned finds no extenuating circumstances here and will deny the motion. Plaintiffs may prosecute this case via the U.S. mail and by accessing the computer terminals at the Clerk's Office in Fort Myers.

ACCORDINGLY, it is

**ORDERED:**

Plaintiffs' Motion for Permission for Electronic Case Filing (Doc. 3) is **DENIED.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of April, 2019.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
*Pro se* parties